No. 84–207.   PASCUA YAQUI HOUSING AUTHORITY v. SUPERIOR COURT OF ARIZONA, COUNTY OF PIMA (TBI GENERAL CONTRACTORS, LTD., ET AL., REAL PARTIES IN INTEREST).   Ct. App. Ariz.   Certiorari denied.

No. 84–209.   HUFFMAN v. INDIANA.   Ct. App. Ind.   Certiorari denied.

No. 84–211.   EHM v. NATIONAL RAILROAD PASSENGER CORPORATION.   C. A. D. C. Cir.   Certiorari denied.

No. 84–213.   BURNETT v. MUNICIPALITY OF ANCHORAGE.   Ct. App. Alaska.   Certiorari denied.

No. 84–214.   RUGGIERO v. TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL 773, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–216.   BOARD OF TRUSTEES, MIAMI TOWNSHIP v. CITY OF MIAMISBURG, OHIO, ET AL.   Ct. App. Ohio, Montgomery County.   Certiorari denied.

No. 84–226.   LEVINE, ADMINISTRATOR OF THE ESTATE OF LEVINE v. BLUM, COMMISSIONER OF NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 84–227.   OLIVARES v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–230.   CHAPMAN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–5002.   WILLIS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–5003.   MARTIN-TRIGONA v. BELFORD, TRUSTEE, ET AL. C. A. 2d Cir.   Certiorari denied.

No. 84–5005.   GUZMAN v. KERR.   C. A. 7th Cir.   Certiorari denied.